Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (January 22, 1940.)

WILLIAM M. BARNARD and SARA U. BARNARD, Respondents, v. AXEL N. GRAVEM and Others, Defendants, Impleaded with RESEARCH FOUNDATION, INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WILLIAM M. BARNARD and SARA U. BARNARD, Respondents, v. AXEL B. GRAVEM, Defendant, Impleaded with GRIFFITH H. RIDDLE, RUTH RIDDLE and RESEARCH FOUNDATION, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WILLIAM M. BARNARD and SARA U. BARNARD v. AXEL B. GRAVEM, Impleaded with GRIFFITH H. RIDDLE and Others.— Motion denied and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## (January 26, 1940.)

FRANCES NEWMAN STURMAN, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Judgment affirmed, with costs. No opinion.

Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent in separate memoranda.

MARTIN, P. J. (dissenting). I dissent and vote to reverse the judgment and to dismiss the complaint. The accident in which the plaintiff was injured "happened solely through" the "negligence" of the driver of the automobile in which she was a passenger. (*Sturman* v. *State of New York*, 244 App. Div. 865; affd., 269 N. Y. 627.)

COHN, J. (dissenting). I dissent and vote to reverse the judgment and grant a new trial solely upon the ground that the amount of the verdict is excessive. In my view the judgment should be reversed and a new trial ordered unless plaintiff stipulates to reduce the verdict to the sum of $65,000.

EDMUND D. READ, JAMES ROSENWALD, SAMUEL SCHUHMAN, ARTHUR D. ROSENBERG, CONRAD BOLLER, ISIDORE M. HANFT, JOHN PIERCE, HYMAN JACOBY, JACOB ROSENBLUTH and SYLVIA WEISS, Respondents, and HENRY ABRAMS, MAX W. WINN, BERTHA FREEDMAN and PAUL W. FINK, Plaintiffs, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.